

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2021

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/21
```

    Re:    <u>United States v. Quiroz Peregrina</u>, 20 Cr. 684 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits this letter, jointly on behalf of the parties, to request a four-week adjournment of the conference scheduled for tomorrow, March 24, 2021. The parties are finalizing a pretrial disposition and the Court previously referred any change-of-plea hearing to Magistrate Court. The parties understand that, once a disposition is finalized, Magistrate Court will need some time to schedule a proceeding.

    The Government respectfully requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), through the adjourned date to permit a disposition to be finalized and a plea to be entered. The defense consents.

                       Respectfully submitted,

                       AUDREY STRAUSS
                       United States Attorney for the
                       Southern District of New York

              by:    /s/ Jun Xiang
                     Jun Xiang
                     Assistant United States Attorney
                     (212) 637-2289

<u>CC</u>
Jonathan Marvinny, Esq. (By ECF)

*Handwritten order:* Adjourned to 4/20/21 at 11obn. Time excluded through 4/20/21. The interest of justice of so doing outweighs the interests of a speedy trial.

SO ORDERED.

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
3/23/21